460 A.2d 843

Commonwealth v. Loftus, Appellant.
Petition for Allowance of Appeal
Denied Sept. 26, 1983.

Before CERCONE, P.J., JOHNSON and MONTGOMERY, JJ.

The order of the lower court is affirmed.

460 A.2d 843

Commonwealth v. Minor, Appellant.

Before CERCONE, P.J., CAVANAUGH and ROWLEY, JJ.

The judgments of sentence of the lower court are affirmed.